**EMC CORPORATION, EMC Israel Development Center Ltd., Plaintiffs-Cross-Appellants**

v.

**ZERTO INC., Defendant-Appellant**

**2016-1856**

**2016-1883**

United States Court of Appeals, Federal Circuit.

June 12, 2017

MICHAEL N. RADER, Wolf, Greenfield & Sacks, PC, Boston, MA, argued for plaintiffs-cross-appellants. Also represented by NATHAN R. SPEED, RICHARD GIUNTA; PAUL T. DACIER, THOMAS A. BROWN, KRISHNENDU GUPTA, EMC Corporation, Hopkington, MA.

MATTHEW B. LOWRIE, Foley & Lardner LLP, Boston, MA, argued for defendant-appellant. Also represented by LUCAS I. SILVA, KEVIN M. LITTMAN.

(Newman, Schall, and Wallach, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**